906

No. 11–1110. FELICIANO-HERNANDEZ v. PEREIRA-CASTILLO ET AL. C. A. 1st Cir. Certiorari denied.

No. 11–1207. SIMMSPARRIS v. SUPREME COURT OF NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 11–1211. PUESCHEL v. NATIONAL AIR TRAFFIC CONTROLLERS ASSN. C. A. D. C. Cir. Certiorari denied.

No. 11–1214. ST. ANGELO v. INDIANA. Ct. App. Ind. Certiorari denied.

No. 11–1225. KEYES ET AL. v. OBAMA, PRESIDENT OF THE UNITED STATES, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–1241. BOURNE v. CURTIN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–1247. NORTH HUDSON REGIONAL FIRE & RESCUE ET AL. v. NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–1248. PANGHAT v. NEW YORK DOWNTOWN HOSPITAL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 11–1277. LEBRON ET AL. v. RUMSFELD ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–1295. TATAR v. UNITED STATES;
No. 11–1308. DUKA v. UNITED STATES;
No. 11–10192. DUKA v. UNITED STATES;
No. 11–10205. DUKA v. UNITED STATES; and
No. 11–10235. SHNEWER v. UNITED STATES. C. A. 3d Cir. Certiorari denied. Reported below: 671 F. 3d 329.

No. 11–1316. FLORIDA EX REL. GRUPP ET AL. v. DHL EXPRESS (USA), INC., ET AL. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 11–1345. HENDRICKSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.